Matthew A. Rosenthal, Esq. (SBN 279334)
Matt@westgatelaw.com
Westgate Law
15760 Ventura Blvd., Suite 880
Los Angeles, CA  91436
T: (818) 200-1497; F: (818) 574-6022
Attorney for Plaintiffs,
GLADIS ZELAYA, an individual;
IRIS ZELAYA, an individual

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLADIS ZELAYA, an individual; IRIS ZELAYA, an individual; <br><br>  Plaintiffs; <br><br> v. <br><br> AMERICAN HONDA FINANCE CORPORATION; CONSOLIDATED ASSET RECOVERY SYSTEMS; MORGAN RECOVERY CORPORATION; <br><br>  Defendant(s). | Case No.: 2:16-cv-1658 |

    NOW COME Plaintiffs, GLADIS ZELAYA and IRIS ZELAYA, through their attorneys, and hereby notifies this Court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiffs anticipate will be finalized within the next sixty (60) days.

    Plaintiffs therefore respectfully request this Honorable Court vacate all dates currently scheduled for the present matter.

RESPECTFULLY SUBMITTED,

DATED: April 11, 2016          WESTGATE LAW

By:/s/ Matthew A. Rosenthal
Matthew A. Rosenthal
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2016, I filed the forgoing document with the Clerk of the Court using the CM/ECF System. I further certify that on April 11, 2016, a copy of the forgoing was served upon Defendants via email transmission to the following:

Edward Leonard
Harrington Foxx Dubrow Canter
1100 Town & Country Rd #1020
Orange, CA 92868
eleonard@hfdclaw.com

By:/s/ Matthew A. Rosenthal
Matthew A. Rosenthal